UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK<br><br>v.<br><br>AMERICAN COLLEGE OF ALLERGY, ASTHMA & IMMUNOLOGY, ET AL. | §§§§§§§<br><br>CIVIL ACTION NO. 5:15-cv-457 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Great American Insurance Company of New York, through its undersigned counsel, hereby gives notice that the captioned action is voluntary dismissed, without prejudice against the following defendants:

James Sublett, M.D.
David Weldon, M.D.
Lyndon Mansfield, M.D., P.A., a Professional Association
Stanley Fineman, M.D.

Respectfully submitted,

LITCHFIELD CAVO LLP

/s/ Melinda K. Bradley
Melinda K. Bradley
State Bar No. 00788193
Federal ID No. 18482
bradley@litchfieldcavo.com
One Riverway, Suite 1000
Houston, Texas 77056
Telephone: 713/418-2000
Facsimile: 713/418-2001

Case 5:15-cv-00457-XR   Document 2   Filed 07/24/15   Page 2 of 3

ATTORNEY-IN-CHARGE FOR PLAINTIFF
GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system and all known counsel of record were served via the court's electronic filing system.

Casey Low
BRACE WELL & GIULIANI LLP
111 Congress Ave., Suite 2300
Austin, Texas 78701-4061

Richard C. Danysh
BRACE WELL & GIULIANI LLP
300 Convent St., Suite 1500
San Antonio, Texas 78205-3723

**ATTORNEYS FOR PLAINTIFFS
AAAPC & UAS**

Steven V. Walkowiak
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Ste. 6200
Dallas, TX 75201

Gregory J Casas
Elizabeth R. Hadley
GREENBERG TRAURIG, LLP
300 West 6th Street, Ste. 2050
Austin, TX 78701

Paul J. Brown
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002

**ATTORNEYS FOR AMERICAN ACADEMY OF ALLERGY, ASTHMA & IMMUNOLOGY**

Christopher M. Wilson
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201-6912

Rachel S. Brass
Veronica S Lewis
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

**ATTORNEYS FOR AMERICAN COLLEGE OF ALLERGY, ASTHMA & IMMUNOTHERAPY; ALLERGY DALLAS AND ASTHMA CENTER, P.A.; FAMILY ALLERGY & ASTHMA LLC; JOINT COUNCIL OF ALLERGY, ASTHMA & IMMUNOLOGY; LYNDON E. MANSFIELD M.D., P.A., A PROFESSIONAL ASSOCIATION; DONALD AARONSON, MD; GARY CROSS, MD; LYNDON MANSFIELD, MD; AND DAVID WELDON, MD**

Ricardo G. Cedillo
Mark W. Kiehne
DAVIS, CEDILLO & MENDOZA, INC.
McCombs Plaza, Suite 500
755 E. Mulbeny Avenue
San Antonio, TX 78212

**ATTORNEYS FOR AMERICAN COLLEGE OF ALLERGY, ASTHMA & IMMUNOLOGY; JOINT COUNCIL OF ALLERGY, ASTHMA & IMMUNOLOGY; JAMES SUBLETT, MD; GARY CROSS, MD; LYNDON MANSFIELD, MD; DONALD AARONSON, MD; AND DAVID WELDON, MD**

Michael W. Oyler
REED WEITKAMP SCHELL & VICE PLLC
500 W. Jefferson Street, Suite 2400
Louisville, KY 40202

**ATTORNEYS FOR DEFENDANT JAMES SUBLETT, MD**

                                                */s/ Melinda K. Bradley*
                                                Melinda K. Bradley